AO 442 (Rev. 01/09) Arrest Warrant

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

       MAY 1 6 2011

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Todd Russell Fries, aka Todd Burns<br><br>_____<br>Defendant | )<br>)<br>)   Case No.  CR 11-1751-TUC-CKJ-CRP<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Todd Russell Fries, aka Todd Burns

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18:229(a) and 18:2, Prohibition Against Chemical Weapons

### RICHARD H. WEARE

Date:  05/12/2011

*Issuing officer's signature*

City and state:   Tucson, AZ

G. Pfau, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/12/2011, and the person was arrested on *(date)* 5/13/2011
at *(city and state)* Tucson, Arizona

Date: 5/13/2011

*Arresting officer's signature*

Brian C Nowak  Special Agent
*Printed name and title*