# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

PLAINTIFF

     v.

**WITNESS LIST**

Todd Russell Fries

DEFENDANT

CASE NUMBER:  **CR 11-1751-TUC-CKJ**

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Cindy K. Jorgenson | Jill Tarlton | Mary Riley |

| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|---|---|---|
| September 18, 2012 | Beverly K. Anderson, AUSA<br>David A.Pimsner, AUSA | Richard C. Bock, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1 | | | | Don Anderson<br>Pima County Sheriff's Dept. | |
| 2 | | | | Kenneth Atwell<br>Pima County Sheriff's Dept. | |
| 3 | | | | David Baird<br>Pima County Sheriff's Dept. | |
| 4 | | | | John Bradley<br>Marana Police Dept. | |
| 5 | | | | Stephen Carpenter<br>Pima County Sheriff's Dept. | |
| 6 | | | | Jeffery Clark | |
| 7 | | | | Levi Cranford<br>Northwest Fire Dept. | |
| 8 | | | | Jeffrey Craven<br>Pima County Sheriff's Dept. | |
| 9 | | | | Edward Curtin<br>Pima County Sheriff's Dept. | |
| 10 | | | | Custodian of Records<br>Pima County Jail | |
| 11 | | | | Custodian of Records<br>Bank of America - Fuentes Account | |
| 12 | | | | Custodian of Records<br>Fuentes Attendance Records from Place of Employment | |

WITNESS LIST -- CONTINUATION

| United States vs. Todd Russell Fries | CR 11-1751-TUC-CKJ |
|---|---|

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
| 13 | | | | Custodian of Records<br>U.S. Marine Corp. | |
| 14 | | | | Custodian of Records<br>Wells Fargo - Levine account | |
| 15 | | | | Richard Daratoni | |
| 16 | | | | Chavar Dollard<br>FBI | |
| 17 | | | | Charlotte Duncklee-Totten | |
| 18 | | | | Lindsey Dyn<br>FBI Laboratory | |
| 19 | | | | Jon Edwards<br>FBI | |
| 20 | | | | Anthony Evans<br>FBI Laboratory | |
| 21 | | | | Heath Evans<br>Northwest Fire Dept. | |
| 22 | | | | Mark Frieberg<br>Arizona Game and Fish Dept. | |
| 23 | | | | Michelle Fuentes | |
| 24 | | | | Mike Gonzales<br>Wells Fargo | |
| 25 | | | | Shannon Gonzalez<br>FBI | |
| 26 | | | | Thomas Grant<br>Tucson Police Dept. | |
| 27 | | | | Juanita Green | |
| 28 | | | | Noel Hendricks | |
| 29 | | | | Andria Hobbs-Mehltretter<br>FBI Laboratory | |
| 30 | | | | Kalyn Hovey | |
| 31 | | | | Scott Hunter<br>FBI | |

WITNESS LIST -- CONTINUATION

| United States  vs.  Todd Russell Fries | CR 11-1751-TUC-CKJ |
| --- | --- |

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
| --- | --- | --- | --- | --- | --- |
| 32 | | | | John Jolly<br>Arizona DPS | |
| 33 | | | | Pamela Jones | |
| 34 | | | | Scott Jones | |
| 35 | | | | Daniel Jordan | |
| 36 | | | | Debra Kesterson<br>Marana Police Dept. | |
| 37 | | | | Karen LeVine | |
| 38 | | | | Myles LeVine | |
| 39 | | | | Jeffrey Luna<br>Former FBI Agent | |
| 40 | | | | Christopher McCracken<br>Pima County Sheriff's Dept. | |
| 41 | | | | Elena Mercado | |
| 42 | | | | Marlene Miller | |
| 43 | | | | Austreberto Montiel | |
| 44 | | | | James Moore | |
| 45 | | | | Linda Motta | |
| 46 | | | | Edward Muszala<br>Marana Police Dept. | |
| 47 | | | | Joaquin Navarrrete | |
| 48 | | | | Brian Nowak<br>FBI | |
| 49 | | | | Ryan O'Connor<br>Pima County Sheriff's Dept. | |
| 50 | | | | Jeremy O'Kelly<br>FBI Laboratory | |
| 51 | | | | Christopher Pahl<br>FBI | |
| 52 | | | | Charles Pickard<br>Tucson Police Dept. | |

WITNESS LIST -- CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| United States vs. Todd Russell Fries | | | | CR 11-1751-TUC-CKJ | |

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
| 53 | | | | James Paul<br>Marana Police Dept. | |
| 54 | | | | Robert Quackenbush<br>Marana Police Dept. | |
| 55 | | | | Jay Rammel<br>Oro Valley Police Dept. | |
| 56 | | | | Carly Riggs | |
| 57 | | | | Linda Riggs | |
| 58 | | | | Daniel Robledo<br>Pima County Animal Control | |
| 59 | | | | Christopher Rogers<br>Pima County Sheriff's Dept. | |
| 60 | | | | Michael Rollman<br>Northwest Fire Dept. | |
| 61 | | | | Robert Rooney<br>FBI Laboratory | |
| 62 | | | | Bert Rucker<br>Northwest Fire Dept. | |
| 63 | | | | Alejandra Salas | |
| 64 | | | | Jenny Skyler | |
| 65 | | | | Andrew Sites<br>FBI Laboratory | |
| 66 | | | | Tom Sommerville<br>Marana Police Dept. | |
| 67 | | | | Lane Spalla<br>Northwest Fire Dept. | |
| 68 | | | | John Swartz<br>Tucson Police Dept. | |
| 69 | | | | Dillon Taylor<br>Northwest Fire Dept. | |
| 70 | | | | Alexander Tisch<br>Pima County Sheriff's Dept. | |
| 71 | | | | Edward Trujillo | |

WITNESS LIST -- CONTINUATION

| United States  vs.  Todd Russell Fries | CR 11-1751-TUC-CKJ |
| --- | --- |

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
| --- | --- | --- | --- | --- | --- |
| 72 | | | | William Urban<br>FBI | |
| 73 | | | | Ronald Van Brocklin | |
| 74 | | | | Dr. Frank Walter | |
| 75 | | | | Christopher Westbrook<br>U.S. Border Patrol | |
| 76 | | | | Erin Whatley | |
| 77 | | | | Kyle Yocom<br>U.S. Marshal Service | |
| 78 | | | | | |
| 79 | | | | | |
| 80 | | | | | |
| 81 | | | | | |
| 82 | | | | | |
| 83 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

WITNESS LIST -- CONTINUATION

| United States  vs.  Todd Russell Fries | CR 11-1751-TUC-CKJ |
|---|---|

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

WITNESS LIST -- CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| United States vs. Todd Russell Fries | | | | CR 11-1751-TUC-CKJ | |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

WITNESS LIST -- CONTINUATION

| United States  vs.  Todd Russell Fries | CR 11-1751-TUC-CKJ |
|---|---|

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |