### UNITED STATES DISTRICT COURT
#### DISTRICT OF ARIZONA

## EXHIBIT LIST

United States of America
PLAINTIFF

v.

Todd Russell Fries

DEFENDANT

CASE NUMBER: CR 11-1751-TUC-CKJ

| PRESIDING JUDGE<br>Hon. Cindy K. Jorgenson | COURTROOM DEPUTY<br>Jill Tarlton | COURT REPORTER<br>Mary Riley |
|---|---|---|
| HEARING/TRIAL DATE(S)<br><br>September 18, 2012 | PLAINTIFF ATTORNEY(S)<br><br>Beverly K. Anderson, AUSA<br>David A. Pimsner, AUSA | DEFENDANT ATTORNEY(S)<br><br>Richard C. Bock, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | | Photograph of gate leading to Heritage Highlands community, 11/1/08 |
| 2 | | | Photograph of gate to Heritage Highlands community, 11/1/08 |
| 3 | | | Photograph of broken gate leading to Heritage Highlands, 11/1/08 |
| 4 | | | Photograph of Levine mailbox, 11/1/08 |
| 5 | | | Photograph of Levine mailbox, 11/1/08 |
| 6 | | | Photograph of driveway at Levine residence - 5372 W. Tear Blanket Place, Marana  (Dove Mountain) - north view, 11/1/08 |
| 7 | | | Photograph of driveway at Levine residence - 5372 W. Tear Blanket Place, Marana (Dove Mountain) - north view, 11/1/08 |
| 8 | | | Photograph of driveway at Levine residence - 5372 W. Tear Blanket Place, Marana (Dove Mountain ) - northwest view, 11/1/08 |
| 9 | | | Photograph of driveway and overturned buckets at Levine residence - 5372 W. Tear Blanket Place, Marana (Dove Mountain) - 11/1/08 |
| 10 | | | Photograph of driveway and garage door at Levine residence - 5372 W. Tear Blanket Place, Marana (Dove Mountain)/ 11/1/08 |
| 11 | | | Photograph of southern portion of garage door at Levine residence - 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 12 | | | Photograph of northern portion of driveway at Levine residence - 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 13 | | | Photograph of driveway and garage door at Levine residence,  5372 W. Tear Blanket Place, Marana (Dove Mountain)  - west view, 11/1/08 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 14 | | | Photograph of garage door/ graffiti  at Levine residence,  5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 15 | | | Photograph of south portion of garage door at Levine residence,- 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 16 | | | Photograph of north portion of garage door and house - Levine residence,  5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 17 | | | Photograph of north corner of house and garage door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 18 | | | Photograph  of walkway leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 19 | | | Photograph of dead animal on walkway leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 20 | | | Photograph of northern portion of walkway leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 21 | | | Photograph of walkway and dead animal leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 22 | | | Photograph of walkway and dead animals leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 23 | | | Photograph of walkway and dead animals leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 24 | | | Photograph of dead birds on walkway leading to front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 25 | | | Photograph of dead coyote by front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 26 | | | Photograph of dead coyote by front door - Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 27 | | | Photograph of evidence item AA - tire marks, adjacent to Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 28 | | | Photograph of chain and padlock found adjacent to Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 29 | | | Photograph showing details of chain and padlock found adjacent to Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 30 | | | Photograph of landscaping and buckets-Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 31 | | | Photograph of buckets found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 32 | | | Photograph of buckets found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), looking southwest, 11/1/08 |
| 33 | | | Photograph of bucket lids found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 34 | | | Photograph of paint can found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 35 | | | Photograph of bucket and lid, evidence item AQ, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain) 11/1/08 |
| 36 | | | Photograph of bucket and lid, evidence item AQ found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 37 | | | Photograph of bucket and lid, evidence item AQ found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 38 | | | Photograph of paint can, evidence item AG found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 39 | | | Photograph of paint can, evidence item AG found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 40 | | | Photograph of paint can, evidence item AU, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 41 | | | Photograph of paint can, evidence item AU, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 42 | | | Photograph of paint can, evidence item AU, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 43 | | | Photograph of wallet, evidence item 3, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 44 | | | Photograph of wallet, evidence item 3, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 45 | | | Photograph of wallet, evidence item 3, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 46 | | | Photograph of inside of wallet and identification of Kalyn Hovey, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 47 | | | Photograph of spray adhesive, found at adjoining residence   11/1/08 |
| 48 | | | Photograph of spray adhesive, found at adjoining residence    11/1/08 |
| 49 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 50 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/01/08 |
| 51 | | | Photograph of footprint, found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 52 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 53 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 54 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 55 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 56 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 57 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 58 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 59 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 60 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 61 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 62 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 63 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 64 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 65 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 66 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 67 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 68 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 69 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 70 | | | Photograph of footprint found at Levine residence, 5372 W. Tear Blanket Place, Marana (Dove Mountain), 11/1/08 |
| 71 | | | Fingerprint card for Todd Fries, dated 5/13/11 |
| 72 | | | Fingerprint analysis report,  John Jolly, Latent Print Examiner |
| 73 | | | CD - phone call to Marana P.D.  from person claiming to be Kalyn Hovey |
| 74 | | | Transcript of phone call to Marana P.D. from person claiming to be Kalyn Hovey |
| 75 | | | Photograph of back yard Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 76 | | | Photograph of back yard Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 77 | | | Photograph of back yard Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
| --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| --- | --- | --- | --- |
| 78 | | | Photograph of rear portion of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 79 | | | Photograph of graffiti on rear wall of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 80 | | | Photograph of graffiti on rear wall of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 81 | | | Photograph of graffiti on rear wall of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 82 | | | Photograph of graffiti on ceramic frog on rear wall of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 83 | | | Photograph of back yard of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 84 | | | Photograph of back yard of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 85 | | | Photograph of dead animal found in back yard of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 86 | | | Photograph of back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 87 | | | Photograph of back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 88 | | | Photograph of back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 89 | | | Photograph of back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 90 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 91 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 92 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 93 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 94 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 95 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 96 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 97 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 98 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 99 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 100 | | | Photograph of chemical device on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 101 | | | Photograph of chemical device and sludge on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 102 | | | Photograph of chemical device and sludge on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 103 | | | Photograph of chemical device and residue on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 104 | | | Photograph of chemical device and residue on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 105 | | | Photograph of chemical device and residue on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 106 | | | Photograph of chemical device and residue on back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 107 | | | Photograph of back patio of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 108 | | | Photograph of back yard of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 109 | | | Photograph of back yard of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 110 | | | Photograph of potted plant on back porch and red bottle cap found in pot, 2870 W. Magee Road, Tucson, 8/2/09 |
| 111 | | | Photograph of Tucson National residential area, facing west, Levine residence, 2870 W. Magee Road, Tucson in distance, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 112 | | | Photograph of triplex including Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 113 | | | Photograph of triplex including Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 114 | | | Photograph of front yard of Levine residence, 2870 W. Magee Road, Tucson, and adjoining property, 8/2/09 |
| 115 | | | Photograph of Levine front yard, driveway and garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 116 | | | Photograph of Levine residence, front driveway and entrance way, 2870 W. Magee Road, Tucson, 8/2/09 |
| 117 | | | Photograph of Levine residence, driveway, entrance way and front yard, 2870 W. Magee Road, Tucson, 8/2/09 |
| 118 | | | Photograph of Levine residence, front driveway and garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 119 | | | Photograph of Levine residence, front driveway, garage door, and entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 120 | | | Photograph of Levine residence, front porch, 2870 W. Magee Road, Tucson, 8/2/09 |
| 121 | | | Photograph of triplex, including Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 122 | | | Photograph of Levine residence and home directly east of Levine's property, 8/2/09 |
| 123 | | | Photograph of triplex including Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 124 | | | Photograph of Levine residence and home directly west of Levine's property, 8/2/09 |
| 125 | | | Photograph of Levine residence, front driveway, garage door and entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 126 | | | Photograph of Levine residence, front driveway and garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 127 | | | Photograph of Levine residence, front driveway and garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 128 | | | Photograph of Levine residence, front driveway and portion of garage door, 2870 W. Magee Road, Tucson, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 129 | | | Photograph of Levine residence, front driveway, garage door, and portion of entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 130 | | | Photograph of Levine residence, front driveway, portion of garage door and entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 131 | | | Photograph of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 132 | | | Photograph of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 133 | | | Photograph of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 134 | | | Photograph of Levine residence, front driveway, portion of garage door and entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 135 | | | Photograph of caked residue removed from bucket in front yard, 2870 W. Magee Road, Tucson 8/2/09 |
| 136 | | | Photograph of caked residue removed from bucket in front yard, 2870 W. Magee Road, Tucson 8/2/09 |
| 137 | | | Photograph of Levine residence, garage door/graffiti, 2870 W. Magee Road, Tucson, 8/2/09 |
| 138 | | | Photograph of Levine residence, garage door/graffiti, 2870 W. Magee Road, Tucson, 8/2/09 |
| 139 | | | Photograph of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 140 | | | Photograph of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 141 | | | Photograph of garage door and sealant, 2870 W. Magee Road, Tucson, 8/2/09 |
| 142 | | | Photograph of residue found in front of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 143 | | | Photograph of residue found in front of Levine residence, garage door, 2870 W. Magee Road, Tucson, 8/2/09 |
| 144 | | | Photograph of Levine residence, entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 145 | | | Photograph of Levine residence, entryway, 2870 W. Magee Road, Tucson, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
| --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| --- | --- | --- | --- |
| 146 | | | Photograph of Levine residence, entryway, 2870 W. Magee Road, Tucson, 8/2/09 |
| 147 | | | Photograph of Levine residence, entryway and dead birds, 2870 W. Magee Road, Tucson, 8/2/09 |
| 148 | | | Photograph of Levine residence, entryway and dead birds, 2870 W. Magee Road, Tucson, 8/2/09 |
| 149 | | | Photograph of dead birds found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 150 | | | Photograph of dead birds found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 151 | | | Photograph of dead birds found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 152 | | | Photograph of dead birds found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 153 | | | Photograph of dead birds found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 154 | | | Photograph of dead birds found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 155 | | | Photograph of dead animal found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 156 | | | Photograph of dead animal found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 157 | | | Photograph of dead animal found in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 158 | | | Photograph of front door of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 159 | | | Photograph of front door of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 160 | | | Photograph of front door of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 161 | | | Photograph of front door of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 162 | | | Photograph of ornamental objects in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 163 | | | Photograph of ornamental objects in entryway of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 164 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 165 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 166 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 167 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 168 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 169 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 170 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 171 | | | Photograph from inside garage, Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 172 | | | Photograph from inside garage, Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 173 | | | Photograph from inside garage, Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 174 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 175 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 176 | | | Photograph of garage door from inside garage, Levine residence, 2870 W. Magee Road,Tucson, 8/2/09 |
| 177 | | | Photograph of calendar, paperwork and shirt, west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 178 | | | Photograph of calendar, paperwork and shirt, west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 179 | | | Photograph of ravine area where calendar, paperwork and shirt found, west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 180 | | | Photograph of calendar, paperwork and shirt, west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 181 | | | Photograph of calendar, paperwork and shirt, west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 182 | | | Photograph of calendar found west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 183 | | | Photograph of paperwork found west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 184 | | | Photograph of paperwork found west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 185 | | | Photograph of check found at scene, west of Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 186 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 187 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 188 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 189 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 190 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 191 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 192 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 193 | | | Photograph of paperwork found at scene, belonging to Michelle Fuentes, 8/2/09 |
| 194 | | | Photograph of shirt found at scene, 8/2/09 |
| 195 | | | Photograph of shirt found at scene, 8/2/09 |
| 196 | | | Photograph of Northwest Fire Dept. firefighters in protective gear, 8/2/09 |
| 197 | | | Photograph of Northwest Fire Dept. firefighters in protective gear, 8/2/09 |
| 198 | | | Photograph of Northwest Fire Dept. firefighters in protective gear, 8/2/09 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
| --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| --- | --- | --- | --- |
| 199 | | | Photograph of telephone digital readout from Avalon Rehabilitation 8/4/09 |
| 200 | | | Photograph of telephone digital readout from Avalon Rehabilitation 8/4/09 |
| 201 | | | Photograph of telephone at Avalon Rehabilitation, 8/4/09 |
| 202 | | | Photograph of telephone in computer room at Avalon Rehabilitation, 8/4/09 |
| 203 | | | Photograph of computer room at Avalon Rehabilitation, 8/4/09 |
| 204 | | | Photograph of computer room at Avalon Rehabilitation, 8/4/09 |
| 205 | | | Photograph of computer room at Avalon Rehabilitation, 8/4/09 |
| 206 | | | Photograph of area behind triplex, 8/2/09 |
| 207 | | | Photograph of grounds adjoining Tucson National golf course, 8/2/09 |
| 208 | | | Photograph of grounds adjoining Tucson National golf course, 8/2/09 |
| 209 | | | Photograph of grounds adjoining Tucson National golf course, 8/2/09 |
| 210 | | | Photograph of bucket found at scene, 8/2/09 |
| 211 | | | Photograph of residence directly east of Levine residence, 8/2/09 |
| 212 | | | Photograph of garage door, Levine residence 2870 W. Magee Road, Tucson, 8/2/09 |
| 213 | | | Photograph of front door, Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 214 | | | Photograph of garage door, Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 215 | | | Photograph of garage door, Levine residence, 2870 W. Magee Road, Tucson, 8/2/09 |
| 216 | | | White t-shirt with lettering "San Pedro Valley Educational Center" found near Levine residence,  8/4/09 |
| 217 | | | White envelope with documents belonging to Michele Fuentes found near Levine residence, 8/4/09 |
| 218 | | | Check #110, Bank of America, preprinted name of Michele Fuentes, made out to Karen Levine in amount of $450.00, found near Levine residence,  8/2/09. |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 219 | | | Misc. paperwork belonging  to Diego Giovanni Fierro, found near Levine residence, along with wallet, check and identification documents belonging to Michele Fuentes and Joaquin Navarette, 8/2/09 |
| 220 | | | Book entitled "Anarchist Black Book" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 221 | | | Book entitled "Up Yours" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 222 | | | Book entitled "Take No Prisoners" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 223 | | | Book entitled "World of Hurt" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 224 | | | Book entitled "Destroying your Enemies with Dirty and Malicious Tricks" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 225 | | | Book entitled " Zips, Pipes and Pens" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 226 | | | Book entitled "Screw Unto Others" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 227 | | | Book entitled "Revenge Tactics for all Occasions" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 228 | | | Book entitled "Secrets of Lock Picking" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 229 | | | Book entitled "How to Make Drivers Licenses and Other ID on Your Home Computer" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 230 | | | Book entitled "The Black Book of Revenge" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 231 | | | Book entitled "The Revenge Book" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 232 | | | "BOSS" Voice transformer VT-1 (voice changer) seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 233 | | | Wallet, identification and related paperwork belonging to Linda Motta seized from Defendant's home pursuant to search warrant, 5/13/11 |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 234 | | | Picture of cartoon character " Woody Woodpecker" with hash marks - apparent tally sheet seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 235 | | | Book entitled "Encyclopedia of Revenge" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 236 | | | Book entitled "Revenge Tactics from the Master" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 237 | | | Book entitled "Identity Theft" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 238 | | | Book entitled "21st Century Revenge Book" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 239 | | | Book entitled "Easy Pickings" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 240 | | | Book entitled "The Complete Guide to Lock Picking" seized from Defendant's home pursuant to search warrant, 5/13/11 |
| 241 | | | Spoof card found in Defendant's wallet at time of his arrest, 5/13/11 |
| 242 | | | Copy of front and back of Check #1042 made payable to Burns Power Washing, dated 2/11/08, signed by Karen Levine, amount $250.00, (cashed 2/24/08) |
| 243 | | | Copy of front and back of Check #1043 made payable to Burns Power Washing, dated 4/1/08, signed by Karen Levine, amount $250.00, (cashed 2/21/08) |
| 244 | | | Copy of front and back of Check #1072 made payable to Todd Fries, dated 4/30/08, signed by Myles Levine, amount $200.00, (cashed 5/16/08) |
| 245 | | | Copy of Check #1388 made payable to Burns Power Wash, with word void written across it. |
| 246 | | | Receipt No. 025765, dated 7/1/05, in amount  of $50.00 in cash received from Karen Levine, from Burns Powerwashing Service. |
| 247 | | | Check register for check # 1042 reflecting payment of $250.00 to Burns Power Washing on 2/11/08 |
| 248 | | | Check register for check #1043 reflecting payment of  $250.00 to Burns Power Washing on 4/1/08 |
| 249 | | | Check register for check #1070 reflecting payment of $200.00 to Burns Power Washing on 4/30  - VOID |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 250 | | | Check register for check #1071 reflecting payment of $200.00 to Burns Power Washing on 5/31/08 - VOID |
| 251 | | | Check register for check #1072 reflecting payment of $200.00 to Todd Fries on 4/30 |
| 252 | | | Check register for check #1073 reflecting payment of $200.00 to Todd Fries on 5/31 |
| 253 | | | CD of telephone call between person claiming to be Kalyn Hovey and Detective Paul, Marana Police Department, 11/3/08 |
| 254 | | | Transcript of telephone call between person claiming to be Kalyn Hovey and Detective Paul, Marana Police Department, 11/3/08 |
| 255 | | | Documents from Pima County Jail - for Ronald Van Brocklin |
| 256 | | | Documents from Michele Fuentes bank indicting account closed |
| 257 | | | Fingerprint card for Todd Russell Fries dated 5/13/11 |
| 258 | | | Department of Public Safety Fingerprint report - John Jolly, dated 10/9/09 |
| 259 | | | Department of Public Safety Fingerprint report - John Jolly, dated 1/29/10 |
| 260 | | | Department of Public Safety Fingerprint report - John Jolly, dated 9/12/12 |
| 261 | | | Tucson Police Department Crime Lab report issued by John Swartz, Latent Print Examiner, dated 8/5/09 |
| 262 | | | Tucson Police Department Crime Lab report issued by John Swartz, Latent Print Examiner, dated 9/12/12 |
| 263 | | | FBI Digital Evidence Laboratory, Report of Examination by Special Agent Christopher L. Pahl, dated 9/23/11 |
| 264 | | | Investigation report and data from analysis generated by Special Agent Christopher L. Pahl, |
| 265 | | | Scaled diagram of  8/2/09 crime scene prepared by Deputy E. Curtin, Pima County Sheriff's Department |
| 266 | | | FBI Laboratory Report of Examination - Handwriting analysis prepared by Lindsey N. Dyn, Questioned Documents Unit |
| 267 | | | Fingerprint card for Todd Russell Fries.   Prints taken by USMS Kyle Yokom |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 268 | | | Report of Examination by Andrew Z. Sites, Latent Print Examiner, dated 8/28/12 |
| 269 | | | Report of Examination by Andrew Z. Sites, Latent Print Examiner, dated 10/14/09 |
| 270 | | | Report of Examination by Andrew Z. Sites, Latent Print Examiner, dated 11/3/09 |
| 271 | | | Report of Examination by Andrew Z. Sites, Latent Print Examiner, dated 9/24/09 |
| 272 | | | Video of Simulation performed by Dr. Anthony Evans on 8/3/11 |
| 273 | | | Report documenting results of simulation performed by Dr. Anthony Evans on 8/3/11 |
| 274 | | | Video of Simulations performed by Jeremy O'Kelly on 6/15/11 |
| 275 | | | Report documents results of simulations performed by Jeremy O'Kelly on 6/15/11. |
| 276 | | | Report of Examination prepared by Dr. Robert Rooney, dated 9/18/09 |
| 277 | | | Material on cyanuric acid from Encyclopedia of Chemical Technology, vol 7, 4th edition |
| 278 | | | Cell phone records for Daniel Jordan, (520) 240-4453 |
| 280 | | | Report prepared by Dr. Frank Walter dated 6/6/11 |
| 281 | | | OSHA Field Safety and Health Manual effective 5/23/11 |
| 282 | | | National Library of Medicine HSDB for trichloroisocyanuric acid |
| 283 | | | U.S. Centers for Disease Control and Prevention material on chlorine |
| 284 | | | U.S. Agency for Toxic Substances & Disease Registry Information on Chlorine |
| 285 | | | Stop payment detail report by Wells Fargo, Check #1073, Payee Name Todd Fries entered 7/6/08 |
| 286 | | | Daniel Jordan Plea Agreement |
| 287 | | | Daniel Jordan Cooperation Agreement |
| 288 | | | Information for Daniel Jordan |
| 289 | | | Advice of Rights form signed by Todd Fries 5/13/11 |
| 290 | | | Driver's license photos of Todd Fries |

EXHIBIT LIST -- CONTINUATION

| | |
|---|---|
| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 291 | | | Aerial photo of Tucson |
| 292 | | | Aerial photo of Tucson |
| 293 | | | Aerial photo of Tucson |
| 294 | | | Map of Tucson |
| 295 | | | Use Immunity Letter - Austreberto Montiel |
| 296 | | | Use Immunity Letter - Edward Trujillo |
| 297 | | | |
| 298 | | | |
| 299 | | | |
| 300 | | | |
| 301 | | | |
| 302 | | | |
| 303 | | | |
| 304 | | | |
| 305 | | | |
| 306 | | | |
| 307 | | | |
| 308 | | | |
| 309 | | | |
| 310 | | | |
| 311 | | | |
| 312 | | | |
| 313 | | | |
| 314 | | | |
| 315 | | | |
| 316 | | | |
| 317 | | | |
| 318 | | | |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 319 | | | |
| 320 | | | |
| 321 | | | |
| 322 | | | |
| 323 | | | |
| 324 | | | |
| 325 | | | |
| 326 | | | |
| 327 | | | |
| 328 | | | |
| 329 | | | |
| 330 | | | |
| 331 | | | |
| 332 | | | |
| 333 | | | |
| 334 | | | |
| 335 | | | |
| 336 | | | |
| 337 | | | |
| 338 | | | |
| 339 | | | |
| 340 | | | |
| 341 | | | |
| 342 | | | |
| 343 | | | |
| 344 | | | |
| 345 | | | |
| 346 | | | |

EXHIBIT LIST -- CONTINUATION

| | | | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|---|---|
| United States  v. Todd Russell Fries | | | |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 347 | | | |
| 348 | | | |
| 349 | | | |
| 350 | | | |
| 351 | | | |
| 352 | | | |
| 353 | | | |
| 354 | | | |
| 355 | | | |
| 356 | | | |
| 357 | | | |
| 358 | | | |
| 359 | | | |
| 360 | | | |
| 361 | | | |
| 362 | | | |
| 363 | | | |
| 364 | | | |
| 365 | | | |
| 366 | | | |
| 367 | | | |
| 368 | | | |
| 369 | | | |
| 370 | | | |
| 371 | | | |
| 372 | | | |
| 373 | | | |
| 374 | | | |

EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 375 | | | |
| 376 | | | |
| 377 | | | |
| 378 | | | |
| 379 | | | |
| 380 | | | |
| 381 | | | |
| 382 | | | |
| 383 | | | |
| 384 | | | |
| 385 | | | |
| 386 | | | |
| 387 | | | |
| 388 | | | |
| 389 | | | |
| 390 | | | |
| 391 | | | |
| 392 | | | |
| 393 | | | |
| 394 | | | |
| 395 | | | |
| 396 | | | |
| 397 | | | |
| 398 | | | |
| 399 | | | |
| 400 | | | |
| 401 | | | |
| 402 | | | |

## EXHIBIT LIST -- CONTINUATION

| United States  v. Todd Russell Fries | CASE NO.  CR 11-1751-TUC-CKJ |
| --- | --- |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
| --- | --- | --- | --- |
| 403 | | | |
| 404 | | | |
| 405 | | | |
| 406 | | | |
| 407 | | | |
| 408 | | | |
| 409 | | | |
| 410 | | | |
| 411 | | | |
| 412 | | | |
| 413 | | | |
| 414 | | | |
| 415 | | | |
| 416 | | | |
| 417 | | | |
| 418 | | | |
| 419 | | | |
| 420 | | | |
| 421 | | | |
| 422 | | | |
| 423 | | | |
| 424 | | | |
| 425 | | | |
| 426 | | | |
| 427 | | | |
| 428 | | | |
| 429 | | | |
| 430 | | | |

EXHIBIT LIST -- CONTINUATION

| | | | |
|---|---|---|---|
| United States  v. Todd Russell Fries | | CASE NO.  CR 11-1751-TUC-CKJ | |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 431 | | | |
| 432 | | | |
| 433 | | | |
| 434 | | | |
| 435 | | | |
| 436 | | | |
| 437 | | | |
| 438 | | | |
| 439 | | | |
| 440 | | | |
| 441 | | | |
| 442 | | | |
| 443 | | | |
| 444 | | | |
| 445 | | | |
| 446 | | | |
| 447 | | | |
| 448 | | | |
| 449 | | | |
| 450 | | | |
| 451 | | | |
| 452 | | | |
| 453 | | | |
| 454 | | | |
| 455 | | | |
| 456 | | | |
| 457 | | | |