JOHN S. LEONARDO
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant United States Attorney
AZ State Bar No: 010547
405 West Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
bev.anderson@usdoj.gov
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | CR 11-01751-TUC-CKJ (CRP) |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S SUPPLEMENTAL REPORT REGARDING NORTHWEST FIRE DEPARTMENT PERSONNEL |
| v. | ) | |
| Todd Russell Fries, | ) | |
| Defendant. | ) | |

      Plaintiff, United States of America, by and through its attorneys JOHN S. LEONARDO, United States Attorney for the District of Arizona, and BEVERLY K. ANDERSON, Assistant United States Attorney,  hereby submits the following additional information regarding the personnel used by Northwest Fire Department on the day of the incident in the above stated case.   This supplemental report is provided in response to this Court's Order of May 8, 2013, wherein the Court stated:

      "Government counsel will contact Chief Lane Spalla of Northwest Fire Department to inquire as to how many of the employees were already working the day of the incident.  Government counsel will file a supplemental report within two weeks of today's date regarding that issue."  (See Document 299.)

1  Undersigned counsel contacted Chief Lane Spalla and made inquiry as ordered by this
2  Court. Chief Spalla responded as follows:
3  "They were all on duty committed to that scene unavailable to respond to [to] other
4  emergencies in the community.
5  No off duty call-in personnel responded."
6  Respectfully submitted this 21st day of May, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*S/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant United States Attorney

A copy of the foregoing has been served
electronically or by other means
this 21st day of May, 2013, to:

Richard Bock, Esq.
Attorney for Defendant